In the Matter of the Elimination of the Grade Crossing at Cherry, Bassett, Plum and Green Streets, and Fourth Avenue, in the City of Albany. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent.

CITY OF ALBANY, Appellant; PUBLIC SERVICE COMMISSION, Respondent.

(Submitted November 24, 1933; decided December 12, 1933.)

*George A. Reilly, Corporation Counsel,* for appellant.

*Charles G. Blakeslee* and *Sherman C. Ward* for Public Service Commission, respondent.

*Joseph Rosch* and *Alfred D. Kelly* for The Delaware and Hudson Railroad Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.